UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELENILSON COTO DELGADO, | No. 26-1263 |
| Petitioner - Appellant, | D.C. No. 2:26-cv-00407-JHC Western District of Washington, Seattle |
| v. | |
| TODD BLANCHE, Acting Attorney General; et al., | ORDER |
| Respondents - Appellees. | |

Before:     BENNETT and SANCHEZ, Circuit Judges.

The emergency motion (Docket Entry No. 11) for an expedited ruling on the motion to stay removal is granted.

The motion (Docket Entry No. 3) to stay removal is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

The existing briefing schedule remains in effect.